**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| FREIGHTWAVES, INC. | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )   Case No. _____ |
| | ) |
| SLYNC, INC., | ) |
| | ) |
|     Defendant. | ) |
| | ) |

## COMPLAINT

Plaintiff, by and through counsel, and for his Complaint against the Defendant, hereby states as follows:

## INTRODUCTION

1. On or about June 29, 2018, FreightWaves, Inc., f/k/a TransRisk, Inc., ("Plaintiff" or "FreightWaves") entered a contract with Slync, Inc. ("Defendant" or "Slync"). The Event Sponsorship Agreement (the "Agreement"), attached as <u>Exhibit A</u>, set out the obligations of the parties. Slync failed to make payments required by the Agreement and has repudiated the Agreement.

## JURISDICTION AND VENUE

2. Plaintiff is a Delaware Corporation with its primary place of business in Chattanooga, Tennessee.

3. Defendant is a Delaware Corporation with its primary place of business in San Francisco, California.

4. This Court has jurisdiction pursuant to 28 U.S.C. § 1332(a), as the parties are citizens of different states and the amount in controversy exceeds $75,000.00.

5. This is the proper venue to resolve this dispute as the Agreement sets exclusive jurisdiction in the state or federal courts located in Atlanta, Georgia.

## STATEMENT OF FACTS

6. The Agreement was entered into by Plaintiff and Defendant on or about June 29, 2018. Plaintiff has met its obligations under the Agreement.

7. Defendant made one payment of $58,333.00.

8. Defendant failed to make any of the remaining payments required by the terms of the Agreement.

9. By communication between the parties, Defendant has made a positive and unconditional repudiation of its obligations of the contract, and has stated outright that it does not intend to cure its breach or perform its remaining obligations.

10. The Agreement allowed Defendant to cancel early by giving written notice on or before July 1, 2019, which would take effect January 1, 2020.

Defendant did not give written notice on or before July 1, 2019 so no cancellation occurred.

11. Defendant's failures to pay, anticipatory repudiation, and other conduct and communications demonstrates bad faith and a stubborn litigiousness, and has caused Plaintiff unnecessary trouble and expense.

## COUNT I
## Breach of Contract

12. Plaintiff incorporates the allegations of Paragraphs 1-11 as if specifically restated herein.

13. Plaintiff performed its obligations pursuant to the Agreement.

14. Defendant materially breached its obligation by failing to pay in accordance with the Agreement.

15. Defendant also materially breached the Agreement by anticipatorily repudiating its obligations to make remaining payments as required by the Agreement.

16. Defendant thereby breached its obligation under the Agreement and Plaintiff is entitled to recovery of the remaining payments owed, in the amount of $291,665.00, plus interest, attorneys' fees, and costs.

## **PRAYER FOR RELIEF**

WHEREFORE, having stated its cause of action against the Defendant, Plaintiff pray for:

A. Judgment in the amount to be proved at trial for the breach of contract by Defendant, plus interest, attorneys' fees, and costs;

B. Expenses of litigation pursuant to O.C.G.A. § 13-6-11; and

C. Any and all additional relief to which it may be entitled.

Respectfully submitted,

CHAMBLISS, BAHNER & STOPHEL, P.C.

By: */s/Nathan Lee Kinard*
  Nathan Lee Kinard, Ga. Bar No. 176225
Attorney for Freightwaves, Inc.
Liberty Tower
605 Chestnut Street, Suite 1700
Chattanooga, TN 37450
Tel: (423) 756-3000
Fax: (423) 265-9574
Email: nkinard@chamblisslaw.com